UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> vs. <br><br> Kelvin Antonio Beltran-Lopez <br> Defendant(s) | CRIMINAL NO. 08 CR 594 JM <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. 07266298 |

On order of the United States District/Magistrate Judge   William McCurine, Jr.

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Rolando Calderon-Rosales

DATED: 3-4-08

RECEIVED _____
         DUSM

William McCurine, Jr.
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.  Clerk
by
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70062